UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:                                                  Chapter 11

Wild Edibles, Inc.,                                     Case No. 08-12746-REG,
                                                        08-12750-REG and 08-12747-REG
                                                        (Jointly Administered)


          Debtor.
-------------------------------------------------------------X

## ORDER APPROVING STIPULATION OF SETTLEMENT

          Upon the motion (the "Motion") of Wild Edibles, Inc., 535 Third Avenue LLC

and Les Poissoniers, Inc. ("Debtors" or "Debtors-In-Possession"), (a) approving a Stipulation of

Settlement by and among, the Debtors, the claimants of the Debtors under Proof of Claim No.

104-1, Brandworkers International, the Industrial Workers of the World, NYC, GMB; (b)

resolving several disputes pending before the National Relations Labor Board, and (c) granting

such other and further relief as this Court deems just and proper ("Motion").

          And it appearing that due notice of the Motion has been given to (i) the Office of

the United States Trustee, (ii) the secured creditors and priority tax creditors, (iii) the twenty (20)

largest unsecured creditors of each Debtor's Estate, (iv) the Official Unsecured Creditor's

Committee's counsel; (v) the National Labor Relations Board; and (vi) all other parties who have

filed a notice of appearance in this chapter 11 case;

          And the Response of the Official Unsecured Creditor's Committee having been

served and filed;

          And it appearing that no other or further notice is necessary or required;

          And upon the record of the hearing on this Motion held before this Court and the

record of all other proceedings held to date in these chapter 11 cases;

And the Court being satisfied that the relief sought in the Motion is in the best interest of the Debtors, their Estates, and their Creditors;

And good and sufficient cause appearing therefor; it is hereby

ORDERED, that the Stipulation of Settlement by and among, the Debtors, the claimants of the Debtors under Proof of Claim No. 104-1, Brandworkers International, the Industrial Workers of the World, NYC, GMB; (b) resolving several disputes pending before the National Relations Labor Board, which is annexed to the affirmation of Seth M. Choset dated January 15, 2010, is approved, and it is further

ORDERED, that the Debtors are authorized to execute all documents necessary to effectuate the Stipulation of Settlement, and it is further

ORDERED, that the objections to the settlement raised by the Official Unsecured Creditor's Committee in its Objection are preserved and can be raised in response to any Plan of Reorganization filed by the Debtor that treats, either in classification or distribution, general unsecured creditors differently than the manner in which the Claimants under Proof of Claim No. 104-1 (the Claimants") are being treated under the Stipulation of Settlement and, further, in the event the Official Unsecured Creditor's Committee (i) objects to confirmation on the foregoing ground(s); and (ii) it is successful in denying confirmation of the Debtor's Plan of Reorganization because the Court sustains such objection, then the Claimants shall have the right to seek the re-opening of the approval of the Stipulation of Settlement under 11 U.S.C. §502(j) and other applicable law.

Dated: New York, New York
      February *22, 2010*

                            *s/ Robert E. Gerber*
                            Robert E. Gerber, U.S.B.J.